# United States District Court
## Violation Notice (Rev. 1/2020)

NP23266934

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M B | E2028813 | A. Brown | 67 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑CFR ☐ USC ☐ State Code |
|---|---|
| 08/19/2023 1235 | 36 CFR 2.10(b)(8) |

Place of Offense: Backcountry Office

Offense Description: Factual Basis for Charge: Failure to obtain a permit

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: Salazar
First Name: Christopher
MI: J

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 100.00 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ 130.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date: 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: X [signature]

Original - CVB Copy

*E2028813*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

See attached

The foregoing statement is based upon:
☑ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/19/2023   [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident